ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

JS-6/Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DONNA CUMMINGS,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

No. CV 5:13-00465 DFM

[~~Proposed~~] Judgment

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, **THE COURT ORDERS, ADJUDGES, AND DECREES** that this case be remanded to the

-1-

1 | Social Security Administration for further proceedings consistent with the parties'
2 | joint stipulation, and that judgment be entered for Plaintiff.

Date: November 26, 2013

_____
HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge